## CITATION

| | | |
|---|---|---|
| LLOYD FERDINAND, ET AL<br><br>Versus<br><br>PARISH OF ST. JAMES |  | Case: 00042554<br>Division: C<br>23rd Judicial District Court<br>Parish of St. James<br>State of Louisiana |

TO:
 PARISH OF ST. JAMES
 THROUGH THE PARISH PRESIDENT
 MR. PETER "PETE" DUFRESNE
 5800 HWY 44,
 THIRD FLOOR
 CONVENT, LA 70723

YOU ARE HEREBY SUMMONED to comply with the demand contained in the accompanying petition FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereof, in writing, with the Clerk of the Twenty-Third Judicial District Court of the State of Louisiana in and for the Parish of St. James, at his office in the Courthouse in the Parish and State aforesaid, within TWENTY-ONE (21) DAYS after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of the 23rd Judicial District in and for the Parish of St. James, State of Louisiana, this 4TH day of NOVEMBER, 2024.

                Shane M. LeBlanc
                Clerk of Court
                P.O. Box 63
                Convent, LA. 70723
                225-562-2270 (TEL.)

                BY: _____
                      Deputy Clerk of Court

ISSUED AT THE REQUEST OF:
LLOYD FERDINAND
IN PROPER PERSON
225-562-3066

**EXHIBIT A**

[SERVICE COPY]

**COPY**

Petition for Declaratory and Injunctive Relief and Damages
State of Louisiana
23rd Judicial District Court
Parish of St. James

Case No. 42554

Division: C

Lloyd Ferdinand
Lloyd's Auto & Towing Services, LLC
d/b/a Lloyd's Auto & Mobile Home Movers
Plaintiff

filed: Oct. 31, 2024

VERSUS

Parish of Saint James

## PETITION FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lloyd Ferdinand, who respectfully represents as follows:

### I. PARTIES

1. Plaintiff Lloyd Ferdinand, in "Proper Person", an adult resident of Louisiana, operates a business, Lloyd's Auto &Towing Services, LLC doing business as Lloyd's Mobile Home Movers, with property interests in St. James Parish, Louisiana.

2. Defendant St. James Parish, through its President and Code Enforcement and Permitting Department, is a governmental body operating within St. James Parish, Louisiana.

### II. JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court under Louisiana Civil Code and federal law, including but not limited to claims for constitutional violations under 42 U.S.C. § 1983.

4. Venue is proper in St. James Parish because the acts giving rise to this dispute occurred within this Parish, and the Defendant resides and operates within this jurisdiction.

### III. FACTUAL BACKGROUND

5. On or about November 2, 2023, Plaintiff was conducting cleanup activities on family-owned property located near 3192 Kirklin Drive, Paulina, Louisiana, including tree trimming and debris disposal.

6. Due to a local restriction on burning, Plaintiff dug a hole on the property to bury non-hazardous debris, including branches and trash that had accumulated over decades. Plaintiff used an excavator provided by an acquaintance to dig the hole.

7. Plaintiff's cousin, Isaac Bourgeois Jr., who holds partial ownership of the property, contacted St. James Parish Code Enforcement, prompting two officers and local sheriff's deputies to respond to the site.

8. John Scott from the St. James Parish Levee Board and two unidentified Code Enforcement officers arrived on the scene, alleging the hole's depth violated regulations and ordered Plaintiff to refill the hole.

9.  Although Plaintiff complied by removing the debris and filling the hole, one officer made derogatory and discriminatory remarks, warning, "I'm going to show you that you can't do whatever you think you can do."

10. The officer demanded the immediate removal of vehicles and equipment stored on the property, despite Plaintiff's longstanding use of the site for storage and maintenance purposes for over 30 years.

11. Subsequently, the Code Enforcement officer contacted the Louisiana Department of Environmental Quality (DEQ) and Louisiana State Police, making false claims that Plaintiff was storing hazardous materials and operating an unpermitted business.

12. DEQ officers inspected the property and verified that Plaintiff was not storing hazardous materials, dismissing the claims as unfounded.

13. Defendant's actions, including the reporting to multiple agencies and demands for removal, constitute discriminatory, selective enforcement against Plaintiff.

14. Plaintiff has also been subjected to further discriminatory actions by Code Enforcement concerning a permit application for property at 6346 Highway 44 in Convent, Louisiana, where Plaintiff has paid commercial taxes for over 13 years.

15. The same Code Enforcement officer involved in the November 2, 2023 incident improperly reclassified Plaintiff's commercial property as residential, hindering Plaintiff's permit application for placing manufactured structures on the site.

16. Plaintiff asserts that Defendant has allowed similar businesses to operate in residential and mixed-use areas in St. James Parish without interference, including Grandpoint Enterprise, V&M Motors, Louque Automotive, Guzman Machine Shop, and a business operated by the Parish President himself.

## IV. CAUSES OF ACTION

A. Selective Enforcement and Discrimination

17. Defendant's actions constitute selective enforcement and discrimination in violation of the Fourteenth Amendment to the U.S. Constitution and Louisiana Constitution Article I, Section 3, which guarantees equal protection under the law.

18. Defendant's selective enforcement practices are further actionable under 42 U.S.C. § 1983, as Plaintiff's right to equal protection has been violated through discriminatory treatment without a legitimate government interest.

B. Unconstitutional Taking and Property Rights Violation

19. Defendant's actions constitute an unconstitutional "taking" of Plaintiff's property rights in violation of the Fifth Amendment and Louisiana Constitution Article I, Section 4, as the reclassification of property and demand for removal of vehicles and equipment impedes Plaintiff's reasonable use and enjoyment of the property.

20. By improperly reclassifying Plaintiff's property and denying permits while selectively allowing other businesses to operate under similar circumstances, Defendant has deprived Plaintiff of reasonable, lawful use of his property.

C. Procedural Due Process Violation

21. Defendant's actions have denied Plaintiff due process under the Fourteenth Amendment and Louisiana Constitution Article I, Section 2, through arbitrary and capricious demands for property alterations and unsubstantiated claims made to state and local agencies.

22.   Plaintiff was not given notice or an opportunity for a fair hearing before Defendant's demand to remove vehicles, refusal to issue permits, and reporting to state authorities, violating Plaintiff's due process rights.

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff, Lloyd Ferdinand, prays that this Court enter a judgment:

1.   Declaring that Defendant's actions constitute discriminatory and unconstitutional selective enforcement, violating Plaintiff's rights under federal and state law.

2.   Enjoining Defendant from further discriminatory and selective enforcement actions against Plaintiff, including any interference with his lawful use of the property in question.

3.   Requiring Defendant to process Plaintiff's permit application for 6346 Highway 44 in accordance with applicable commercial property regulations and without improper reclassification.

4.   Awarding damages to Plaintiff for emotional distress, lost business opportunities, and legal fees incurred due to Defendant's discriminatory and unconstitutional conduct.

5.   Awarding reasonable attorney's fees and costs under 42 U.S.C. § 1988 and any other applicable statutes.

6.   Granting such other relief as the Court deems just and proper.

Respectfully submitted,

Lloyd Ferdinand, In "Proper Person"
3397 Wendy St
Paulina, LA 70763
225-562-3066

**PLEASE SERVE**
The Parish of St James
Through the Parish President
Mr. Peter "Pete" Dufresne
5800 Highway 44
Second Floor
Convent, LA 70723

certify that the above and
is a true and correct copy
on file and of record

Dty Clerk of Court
Parish of St. James, LA

Date_____

STATE OF LOUISIANA

PARISH OF ST JAMES

## AFFIDAVIT OF VERIFICATION

BEFORE ME, the undersigned authority, personally came and appeared **Lloyd Ferdinand**, who, after being duly sworn, deposed and said he is the person who furnished the information contained in the above form; that he has signed same; that the information contained therein is true and correct; that this information is being furnished to the Parish of St James for the purpose of inducing a Judge thereof to permit mover to proceed in the above captioned lawsuit pursuant to La. C.C.P. Article 5181 et. seq.

_____
Lloyd Ferdinand

**SWORN TO AND SUBSCRIBED before me, Notary Public, at Baton Rouge,**

Louisiana, on this _31_ day of _October_, 20 _24_.

_Wayne Olbut JP47-4_
NOTARY PUBLIC

Page 1/1 CIVIL, 00042554, Transaction Date: 11/13/2024

## CITATION

| | | |
|---|---|---|
| LLOYD FERDINAND, ET AL |  | Case: 00042554<br>Division: C<br>23rd Judicial District Court<br>Parish of St. James<br>State of Louisiana |
| Versus | | |
| PARISH OF ST. JAMES | | |

TO:
PARISH OF ST. JAMES
THROUGH THE PARISH PRESIDENT
MR. PETER "PETE" DUFRESNE
5800 HWY 44,
THIRD FLOOR
CONVENT, LA 70723

YOU ARE HEREBY SUMMONED to comply with the demand contained in the accompanying petition FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereof, in writing, with the Clerk of the Twenty-Third Judicial District Court of the State of Louisiana in and for the Parish of St. James, at his office in the Courthouse in the Parish and State aforesaid, within TWENTY-ONE (21) DAYS after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of the 23rd Judicial District in and for the Parish of St. James, State of Louisiana, this 4TH day of NOVEMBER, 2024.

Shane M. LeBlanc
Clerk of Court
P.O. Box 63
Convent, LA. 70723
225-562-2270 (TEL.)

BY: _____
Deputy Clerk of Court

ISSUED AT THE REQUEST OF:
LLOYD FERDINAND
IN PROPER PERSON
225-562-3066

DATE RECEIVED: 11-6-2024
DATE SERVED: 11-7-2024
PERSONAL ON:
DOMICILIARY ON: Extremly

Deputy Sheriff, St. James Parish Sheriff's Office

[ ORIGINAL ]